IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MSPA CLAIMS 1, LLC, a Florida**
**limited liability company,**

    **Plaintiff,**

v.                                        Case No. 1:18-cv-157-AW-GRJ

**TOWER HILL PRIME INSURANCE**
**CO., a Florida profit corporation, and**
**TOWER HILL CLAIMS SERVICES,**
**LLC, a Florida limited liability company,**

    **Defendants.**

_____/

## **JUDGMENT**

This case was resolved on summary judgment. Plaintiff's claims are dismissed on the merits, and plaintiff shall take nothing. Final judgment is entered in defendants' favor.

                                                      JESSICA J. LYUBLANOVITS
                                                      CLERK OF COURT

March 31, 2021                                   _s/ TiAnn Stark_
Date                                                   Deputy Clerk: TiAnn Stark